```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                  CASE NO. 05 B 12072
  MARY WINIFRED GRAFER
                                        CHAPTER 13

                                        JUDGE: JOHN H SQUIRES
         Debtor
  SSN XXX-XX-9739


--------------------------------------------------------------------------
                 TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

     1.  The case was filed on 03/31/05 and confirmed on 07/15/05.

     2.  The plan is paid in full.

     3.  The Debtor paid a total of $  25800.00 .

     4.  The Trustee made disbursements to creditors as follows:
```

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| INTERNAL REVENUE SERVICE | PRIORITY | 4264.07 | .00 | 4264.07 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 259.20 | .00 | 77.54 |
| CAPITAL ONE FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| SMC | UNSECURED | 700.04 | .00 | 209.43 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 2834.13 | .00 | 847.88 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 14402.82 | .00 | 4308.87 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 12281.00 | .00 | 3674.09 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 1968.04 | .00 | 588.78 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 10147.94 | .00 | 3035.94 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 5736.81 | .00 | 1716.27 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 1173.22 | .00 | 350.99 |
| KOHLS | UNSECURED | NOT FILED | .00 | .00 |
| LEWIS UNIVERSITY | UNSECURED | 4232.50 | .00 | 1266.23 |
| ILLINOIS STUDENT ASSIST | UNSECURED | 6776.53 | .00 | 2027.32 |
| ROUNDUP FUNDING LLC | UNSECURED | 3490.06 | .00 | 1044.12 |
| INTERNAL REVENUE SERVICE | UNSECURED | 294.00 | .00 | 87.96 |

Summary of disbursements:

|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | .00 | 4264.07 | 64296.29 | .00 | 68560.36 |
| PRINCIPAL PAID | .00 | 4264.07 | 19235.42 | .00 | 23499.49 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | .00 | 4264.07 | 19235.42 | .00 | 23499.49 |

```
The Debtor's attorney, PETER FRANCIS GERACI          , was allowed $   2200.00
and was paid $   1000.00  direct and $   1200.00  through the plan.

The Trustee received $    1100.51 .

Refunds to the Debtor totaled $         .00 .
```

Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 11/12/08                           /S/
                                    GLENN STEARNS
                                    CHAPTER 13 TRUSTEE










                              PAGE   2
        CASE NO. 05 B 12072 MARY WINIFRED GRAFER